IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| STANLEY MOSELEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 2:19-CV-729-RAH |
| | ) | [WO] |
| JOY BOOTH, *et al.*, | ) | |
| Defendants. | ) | |

## **ORDER**

On December 3, 2019, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. Doc. 4. There being no objection filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Plaintiff's complaint against Defendant Booth is DISMISSED with prejudice under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted;

2. Defendant Booth is terminated as a party prior to service of process;

3. Plaintiff's claims against Defendants Ashley and Hicks which challenge the veracity of evidence in his pending state criminal cases are DISMISSED under 28 U.S.C. § 1915A(b)(1) as such claims are barred by the *Younger* abstention doctrine.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure as to Defendant Booth.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings regarding Plaintiff's claims against the remaining defendants.

DONE, this 14th day of January, 2020.

                                                  /s/ R. Austin Huffaker, Jr.
                                                  R. AUSTIN HUFFAKER, JR.
                                                  UNITED STATES DISTRICT JUDGE